ORRICK, HERRINGTON & SUTCLIFFE LLP
JASON K. YU (SBN 274215)
jasonyu@orrick.com
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

JOSEPH A. CALVARUSO (to seek admission *pro hac vice*)
jcalvaruso@orrick.com
RICHARD F. MARTINELLI (to seek admission *pro hac vice*)
rmartinelli@orrick.com
51 West 52nd Street
New York, NY 10019-6142
Telephone: +1 212 506 5000
Facsimile: +1 212 506 5151

Attorneys for Plaintiff BriefCam Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIEFCAM, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AXXONSOFT US, INC. <br><br> Defendant. | Case No.: 3:21-CV-00752-WHO <br><br> **MOTION FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BriefCam, Ltd. moves for dismissal of this action as follows:

IT IS HEREBY ORDRED that all claims asserted by Plaintiff BriefCam, Ltd. against AxxonSoft US, Inc. are dismissed without prejudice.

IT IS HEREBY ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

Dated: April 26, 2021

JASON K. YU
JOSEPH A. CALVARUSO
RICHARD F. MARTINELLI
Orrick, Herrington & Sutcliffe LLP

*/s/ Jason K. Yu*
JASON K.YU

Attorneys for Plaintiff BriefCam Ltd.

# CERTIFICATE OF SERVICE

I hereby certify that, on April 26, 2021, 2021, a true and correct copy of the foregoing document was served upon all parties via electronic mail to:

William H. Mandir
SUGHRUE MION, PLLC
2000 Pennsylvania Ave.
N. W. Washington, DC 20006
Telephone: (202) 663-7959
Facsimile: (202) 293-7860
wmandir@sughrue.com

*Attorneys for Defendant
AxxonSoft US, Inc.*

Dated: April 26, 2021

JASON YU
JOSEPH A. CALVARUSO
RICHARD F. MARTINELLI
Orrick, Herrington & Sutcliffe LLP

*/s/ Jason K. Yu*
JASON K. YU

Attorneys for Plaintiff BriefCam Ltd.